UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COSMOS GRANITE (CENTRAL), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:18-CV-1002-CDP |
| vs. | ) |
| | ) |
| RIVER CITY GRANITE & STONE WORKS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for 3 Rivers Solid Surface & Remodeling LLC hereby discloses the following organizational interests:

1. 3 Rivers Solid Surface & Remodeling LLC is a limited liability company.

2. Its members are Chanda Kelley and William Anderson.

3. Both Ms. Kelley and Mr. Anderson are citizens of the State of Missouri.

Respectfully submitted,

| | |
|---|---|
| */s/ Jane Cohen* | */s/ Luke A. Baumstark* |
| Jane Cohen     #2844 | Luke A. Baumstark  #56344 |
| THE LAW OFFICES OF JANE COHEN LLC | THE BAUMSTARK FIRM, LLC |
| 2001 s. Big Bend Blvd. | 815 Geyer Avenue |
| St. Louis, MO  63117 | St. Louis, MO  63104 |
| (314) 881-6145 | (314) 492-6290 |
| (314) 644-4303 FAX | (314) 492-6348 FAX |
| jane@janecohen.com | luke@baumstarkfirm.com |

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on the 24th day of April, 2019, this document was filed with the court via the CM/ECF system which will send notice to all parties of record.

                      _/s/ janecohen_