UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COSMOS GRANITE (CENTRAL), LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:18 CV 1002 CDP ) |
| RIVER CITY GRANITE & STONE WORKS, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

Counsel Joseph J. Trad, Justin M. Ladendorf, and the law firm of Lewis Rice LLC seek to withdraw their representation of plaintiff Cosmos Granite (Central), LLC, citing plaintiff's failure to fulfill its obligations to counsel's firm regarding its services [ECF 66]. A hearing on counsel's motion will be held on **Friday, December 13, 2019 at 11:00 a.m.** in Courtroom 14-South.

Cosmos is reminded that, as an LLC, it cannot represent itself. *See Carr Enterprises, Inc. v. United States*, 698 F.2d 952, 953 (8th Cir. 1983) ("It is settled law that a corporation may be represented only by licensed counsel."); *DZ Bank AG v. Radoncic Servs., LLC*, 2010 WL 2349094, at *1 (W.D. Mo. June 8, 2010) (same for LLCs). Therefore, if plaintiff does not obtain substitute counsel, it could not continue to prosecute the case and the case would have to be dismissed without

prejudice. A hearing is necessary to be sure that the plaintiff understands this reality and to determine whether plaintiff intends to obtain substitute counsel.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to withdraw as counsel for Plaintiff Cosmos Granite (Central), LLC is set for hearing on **Friday, December 13, 2019 at 11:00 a.m.** in Courtroom 14-South.

**IT IS FURTHER ORDERED** that counsel Trad and/or Ladendorf, as well as a representative of Cosmos Granite (Central), LLC who is authorized to act on behalf of the LLC, must appear in person at the hearing.

**IT IS FURTHER ORDERED** that counsel must inform plaintiff of the hearing and the obligation of a representative of the LLC to appear.

*Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of December, 2019.