UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COSMOS GRANITE (CENTRAL), LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:18 CV 1002 CDP ) |
| RIVER CITY GRANITE & STONE WORKS, LLC, et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Pending before the Court is a motion to withdraw as counsel for plaintiff Cosmos Granite (Central), LLC, filed by Joseph J. Trad, Justin M. Ladendorf, and the law firm of Lewis Rice LLC. Pursuant to the Court's order [ECF 67], a hearing on the motion was held on December 13, 2019. For the reasons stated on record at the hearing, I will grant counsel's motion to withdraw.

Because Cosmos is an LLC, it cannot represent itself and must be represented by counsel. *See Carr Enterprises, Inc. v. United States*, 698 F.2d 952, 953 (8th Cir. 1983) ("It is settled law that a corporation may be represented only by licensed counsel."); *DZ Bank AG v. Radoncic Servs., LLC*, 2010 WL 2349094, at *1 (W.D. Mo. June 8, 2010) (same for LLCs). Cosmos will no longer be represented by counsel upon granting of the instant motion to withdraw, and

Cosmos has not substituted counsel.  Accordingly, because Cosmos cannot continue to prosecute the case as a matter of law, its pleadings will be stricken and its complaint will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to withdraw as counsel for Plaintiff Cosmos Granite (Central), LLC [ECF 66] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's pleadings are stricken and its complaint against all defendants is **DISMISSED** without prejudice pursuant to Rule 41(b), Fed. R. Civ. P.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of December, 2019.